IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Raymond Abels,

        Plaintiff(s),
  v.

JBC Legal Group, P.C., et al.,

        Defendant(s).
                                        /

NO. C 04-02345 JW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    In light of the motion to dismiss scheduled for hearing on September 19, 2005, the Court continues the case management conference set for August 29, 2005 to October 24, 2005 at 10:00 a.m. No later than October 14, 2005, the parties shall file an updated joint case management statement.

Dated: August 22, 2005

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

June D. Coleman jcoleman@mpbf.com
Mark Ewell Ellis mellis@mpbf.com
O. Randolph Bragg rand@horwitzlaw.com
Ronald Wilcox ronaldwilcox@post.harvard.edu

**Dated: August 22, 2005**                                  **Richard W. Wieking, Clerk**


                                                             **By:   /s/JW Chamers**
                                                                  **Ronald L. Davis**
                                                                  **Courtroom Deputy**