**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND ABELS, et al., | NO. C 04-02345 JW |
| Plaintiffs, | |
| v. | **ORDER CONTINUING HEARING ON MOTION TO MODIFY CLASS DEFINITION** |
| JBC LEGAL GROUP, P.C., et al., | |
| Defendants. | |
| _____/ | |

The hearing on motion to modify class definition currently scheduled for October 24, 2005 is continued to November 8, 2005 at 9:00 a.m.

Dated: October 14, 2005

04eciv2345ctdhearing

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

June D. Coleman jcoleman@mpbf.com
Mark Ewell Ellis mellis@mpbf.com
O. Randolph Bragg rand@horwitzlaw.com
Ronald  Wilcox ronaldwilcox@post.harvard.edu

**Dated: October 14, 2005**                              **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers           **
       **Ronald L. Davis**
       **Courtroom Deputy**