IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND ABELS, et al., | NO. C 04-02345 JW |
| Plaintiffs, | |
| v. | **ORDER CONTINUING HEARING ON MOTION TO MODIFY CLASS DEFINITION;** |
| JBC LEGAL GROUP, P.C., et al., | **CONTINUING CONFERENCE** |
| Defendants. | |

The hearing on motion to modify class definition currently scheduled for October 24, 2005 is continued to Monday, November 7, 2005 at 9:00 a.m. The conference currently scheduled for October 24, 2005 is continued to Monday, November 7, 2005 at 10:00 a.m.

Dated: October 14, 2005

04eciv2345ctdhearing2

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

June D. Coleman jcoleman@mpbf.com
Mark Ewell Ellis mellis@mpbf.com
O. Randolph Bragg rand@horwitzlaw.com
Ronald Wilcox ronaldwilcox@post.harvard.edu

**Dated: October 14, 2005**                                   **Richard W. Wieking, Clerk**

                                              **By:__/s/ JW Chambers_____**
                                                   **Ronald L. Davis**
                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California