1
2
3
4
5
6
7   IN THE UNITED STATES DISTRICT COURT
8   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   SAN JOSE DIVISION
10

| | |
|---|---|
| Raymond Abels, et al., | NO. C 04-02345 JW |
| Plaintiffs, | |
| v. | **ORDER SETTING HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |
| JBC Legal Group, P.C., et al., | |
| Defendants. | |

On January 18, 2006, the Court denied without prejudice Plaintiffs' motion for leave to file a second amended complaint, and permitted Plaintiffs to move to file an amended complaint consistent with the Order no later than February 6, 2006. The Court shall hear Plaintiffs' motion for leave to file a second amended complaint on March 13, 2006 at 9:00 a.m.

Dated: February 1, 2006

04eciv2345sethearing

/s/ James Ware
JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  June D. Coleman jcoleman@mpbf.com
   Mark Ewell Ellis mellis@mpbf.com
3  O. Randolph Bragg rand@horwitzlaw.com
   Ronald Wilcox ronaldwilcox@post.harvard.edu

**Dated: February 1, 2006**                        **Richard W. Wieking, Clerk**

                                                   **By:_/s/ JW Chambers_____**
                                                   **Melissa Peralta**
                                                   **Courtroom Deputy**