IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Raymond Abels et al., | NO. C 04-02345 JW |
| Plaintiff(s), | **ORDER CONTINUING HEARING DATE FOR MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| JBC Legal Group, P.C., et al., | |
| Defendant(s). | |

Plaintiffs' motion for leave to file a second amended complaint is continued from March 13, 2006 to March 20, 2006 at 9:00 a.m.

Dated: February 23, 2006

/s/James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

June D. Coleman jcoleman@mpbf.com
Mark Ewell Ellis mellis@mpbf.com
O. Randolph Bragg rand@horwitzlaw.com
Ronald Wilcox ronaldwilcox@post.harvard.edu

**Dated: February 23, 2006**          **Richard W. Wieking, Clerk**

                                      **By:   /s/JW chambers**
                                           **Melissa Peralta**
                                           **Courtroom Deputy**