**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Raymond Abels, et al., | NO. C 04-02345 JW |
| Plaintiffs, | |
| v. | **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| JBC Legal Group, P.C., et al., | |
| Defendants. | |

For the reasons set forth in the Court's Order Denying Without Prejudice Motion for Leave to File Second Amended Complaint (Docket Item No. 127), the Court grants Plaintiffs leave to file the Second Amended Complaint as filed as Exhibit 1 to Plaintiffs' Second Motion for Leave to File Second Amended Complaint (Docket Item No. 136). Plaintiffs shall file and serve the Second Amended Complaint no later than April 17, 2006.

Dated: March 21, 2006                    /s/James Ware
04cv2345fileSAC                          JAMES WARE
                                         United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

June D. Coleman jcoleman@mpbf.com
Mark Ewell Ellis mellis@mpbf.com
O. Randolph Bragg rand@horwitzlaw.com
Ronald Wilcox ronaldwilcox@post.harvard.edu

**Dated: March 22, 2006**                              **Richard W. Wieking, Clerk**

                                                       **By:_/s/ JW Chambers_____**
                                                       **Melissa Peralta**
                                                       **Courtroom Deputy**