IT IS SO ORDERED AS MODIFIED
Judge Richard Seeborg

1  Mark E. Ellis - 127159
   June D. Koper - 191890
2  MURPHY, PEARSON, BRADLEY & FEENEY
   701 University Avenue, Suite 150
3  Sacramento, CA  95825
   Telephone:    (916) 565-0300
4  Facsimile:    (916) 565-1636

5  Attorneys for Defendants
   JBC LEGAL GROUP AND JACK BOYAJIAN AND OUTSOURCE RECOVERY MANAGEMENT
6

7                    UNITED STATES DISTRICT COURT

8         NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

9  RAYMOND ABELS, on behalf of himself and all        Case No.: C04 02345 JW (RS)
   others similarly situated
10                                                    STIPULATION [XXXXXXXX]ORDER
          Plaintiff,                                  CONTINUING PLAINTIFF'S MOTION TO
11                                                    COMPEL FROM MAY 24, 2006, TO XXXXX
   v.                                                 XXXXXXX June 7, 2006
12
   JBC LEGAL GROUP, P.C., a Corporation; JACK
13 BOYAJIAN, an Individual; and OUTSOURCE
   RECOVERY MANAGEMENT,
14
          Defendants.
15

16
        The parties request that the May 24, 2006 hearing on plaintiff's Motion to Compel be continue
17
   to May 31, 2006, and that the briefing schedule also be continued in accordance with the new hearing
18
   date.  Because defense counsel was in trial, on May 3, 2006, the parties jointly stipulated that the
19
   hearing on plaintiff's motion to compel currently set for May 24, 2006, should be continued to May 31,
20
   2006.  Defense counsel was in trial until Monday, and was unable to file the request for continuance
21
   until now.  The parties also stipulated on May 3, 2006, that the briefing schedule would be continued,
22
   such that the Opposition Brief would be due on May 10, 2006, and the Reply Brief would be due on
23
   May 17, 2006.  The parties jointly request that the Court grant their request for continuance.
24
   Dated: May 10, 2006                          MURPHY, PEARSON, BRADLEY & FEENEY
25
                                                By  /s
26                                                  June D. Koper
                                                    Attorneys for Defendants JBC LEGAL GROUP AND
27                                                  JACK BOYAJIAN AND OUTSOURCE
                                                    RECOVERY MANAGEMENT
28

- 1 -

Stipulation And [Proposed] Order Continuing Plaintiff's Motion To Compel From May 24, 2006, To May 31, 2006

1  Dated: May 10, 2006                     HORWITZ, HORWITZ & ASSOCIATES
2
3                                          By  /s/
                                              O. Randolph Bragg
4                                             Attorneys for Plaintiff
                                              RAYMOND ABELS, Individually & on behalf of
5                                             himself and all others similarly situated
6
                                                                        June 7, 2006
7       GOOD CAUSE EXISTING, IT IS SO ORDERED that the May 24, 2006 Hearing on Plaintiff's
8   Motion to Compel will be continued to ~~May 31, 2006~~, and the briefing schedule will be continued in
9   accordance with the new hearing date.
10  DATE:  May 10, 2006                    By /s/ Richard Seeborg
11                                            Honorable Richard Seeborg
                                              Magistrate Judge, U.S. District Court
12                                            Northern District of California
13  JDK.10320514.doc

- 2 -