IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Raymond Abels, | NO. C 04-02345 JW |
|     Plaintiff, | **ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE** |
| v. | |
| JBC Legal Group, P.C., et al., | |
|     Defendants. | |

Raymond Abels ("Plaintiff") brings this putative class action against JBC Legal Group, P.C., Jack Boyajian, and Outsource Management, Inc. (collectively, "Defendants") for alleged violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. On November 11, 2004, the Court issued a Scheduling Order for the case. (See Docket Item No. 16.) Pursuant to the Scheduling Order, close of all discovery was set for August 8, 2005. (Id.) On June 12, 2006, the Court denied Defendants' motion to dismiss the Second Amended Complaint. (See Docket Item No. 166.) Since that time, neither party has taken any action in the case. However, it is Plaintiff's duty to prosecute his action.

Accordingly, the parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, California on **Monday, March 17, 2008 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b) for lack of prosecution. On or before **March 10, 2008**, the parties shall file a certification in response to the Order to Show Cause. The certification shall set forth the status of the litigation and the reason no action has been taken.

If no certification is filed, the **March 17, 2008** hearing will be vacated automatically and the case will be dismissed. Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: February 29, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

June D. Coleman jcoleman@ecplslaw.com
Mark Ewell Ellis mellis@ecplslaw.com
O. Randolph Bragg rand@horwitzlaw.com
Ronald Wilcox ronaldwilcox@post.harvard.edu

**Dated: February 29, 2008**                                **Richard W. Wieking, Clerk**

                                                            **By:      /s/ JW Chambers**
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**