IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Raymond Abels, | NO. C 04-02345 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JBC Legal Group, P.C., et al., | |
| Defendants. | |

Pursuant to the Court's March 21, 2008 Order Decertifying Class Action; Dismissing Individual Claims With Prejudice, judgment is entered in favor of Defendants JBC Legal Group, P.C., Jack Boyajian, Outsource Recovery Management, Inc. and against Plaintiff Raymond Abels.

Each party shall bear their own fees and costs.

The Clerk shall close this file.

Dated: March 21, 2008

                                                      JAMES WARE
                                                    United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

June D. Coleman jcoleman@ecplslaw.com
Mark Ewell Ellis mellis@ecplslaw.com
O. Randolph Bragg rand@horwitzlaw.com
Ronald Wilcox ronaldwilcox@post.harvard.edu

**Dated: March 21, 2008**   **Richard W. Wieking, Clerk**

**By:** _____/s/ JW Chambers_____
  **Elizabeth Garcia**
  **Courtroom Deputy**